FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 MAR 21 PM 1:54

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:12CR76 |
| vs. | ) INDICTMENT |
| SHANNON GRAVER, | ) [21 U.S.C. § 841(a)(1) & (b)(1)] |
| Defendant. | ) |

The Grand Jury Charges:

## COUNT I

On or about February 17, 2012, in the District of Nebraska, SHANNON GRAVER, defendant herein, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

███████████████
FOREPERSON

DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant United States Attorney