# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SHANNON GRAVER,<br><br>        Defendant. | 8:12CR76<br><br>ORDER |

This matter is before the Court on the Defendant's Motion for Release from Custody, ECF No. 64. The Court being advised in the premises finds that the Motion should be granted.

IT IS ORDERED:

1. The Defendant's Motion for Release from Custody, ECF No. 64, is granted;
2. The Defendant's Motion for Hearing, ECF No. 56, is denied as moot; and
3. The Defendant shall be released from custody at the Douglas County Correctional Center on March 27, 2018, to allow her to commence treatment at NOVA on March 28, 2018.

Dated this 23rd day of March, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge