# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>SHANNON GRAVER<br><br>                  Defendant. | 8:12CR76<br><br>ORDER |

The government has filed a Motion to Dismiss [Filing No. 80] the Second Amended Petition for Offender Under Supervision [Filing No. 54]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Second Amended Petition for Offender Under Supervision [Filing No. 54], filed herein, is dismissed, without prejudice.

Dated this 11th day of June 2019.

BY THE COURT:

s/Laurie Smith Camp
Laurie Smith Camp
Senior United States District Judge